UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CHRIS ALLWEIN et al., :
       Plaintiffs, :
       :
      v. : No. 5:16-cv-02049
       :
PPG INDUSTRIES; :
INTERNATIONAL UNION OF PAINTERS AND :
ALLIED TRADES, AFL-CIO, DISTRICT :
COUNCIL 21; :
INTERNATIONAL PAINTERS AND ALLIED :
TRADES INDUSTRY PENSION PLAN; and :
THE BOARD OF TRUSTEES OF THE :
INTERNATIONAL PAINTERS AND ALLIED :
TRADES INDUSTRY PENSION PLAN, :
       Defendants. :
_____

# **O R D E R**

**AND NOW**, this 28th day of September, 2017, upon consideration of Plaintiffs' Motion to Stay Binding Arbitration, ECF No. 19, and Defendant IUPAT District Council 21's Motion for Summary Judgment, ECF No. 21, it is **ORDERED** that:

1. Plaintiffs' Motion to Stay Binding Arbitration, ECF No. 19, is **DENIED**;
2. Defendant IUPAT District Council 21's Motion for Summary Judgment, ECF No. 21, is **GRANTED in part and DENIED in part**, as follows:
    a. Defendant IUPAT District Council 21's Motion for Summary Judgment is **DENIED**;
    b. Defendant IUPAT District Council 21's request, in the alternative, to stay this action pending arbitration is **GRANTED**;
3. This case is **STAYED** pending arbitration;
4. The parties are to notify this Court no later than **twenty days** after the arbitration has concluded.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge